# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL SAMMONS, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00391-GMN-GWF |
| vs. | ) | **ORDER** |
| CHINA NORTH EAST PETROLEUM HOLDINGS, LTD., a corporation | ) | |
| Defendant. | ) | |

This matter comes before the Court on pro se Plaintiff Michael Sammons' Motion for Leave to File Electronically (#3), filed on March 4, 2015. Plaintiff requests permission to file all future pleadings electronically through the Court's CM/ECF filing system and represents that he is familiar with the rules and procedures of the system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Electronically (#3) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

   a. On or before **April 6, 2015**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov

   b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

      c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

**DATED** this 6th day of March, 2015.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge