# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SAMMONS, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00391-GMN-GWF |
| vs. | ) **ORDER VACATING ORDER (#8)** |
| CHINA NORTH EAST PETROLEUM HOLDINGS, LTD., a corporation | ) |
| Defendant. | ) |

This Court previously entered Order #8, requiring the Plaintiff to file a Certificate of Interested Parties. Plaintiff has brought to the Court's attention *Yung Lo v. ETT Gaming*, N. 13-15962, wherein the Ninth Circuit holds that a *pro se* litigant is not required to file a Certificate of Interested Parties under LR 7.1-1. Accordingly,

**IT IS HEREBY ORDERED** that Order (#8) is **vacated**. The Plaintiff is not required to file a Certificate of Interested Parties.

**DATED** this 10th day of April, 2015.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge