# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SAMMONS, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-00391-GMN-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| CHINA NORTH EAST PETROLEUM HOLDINGS, LTD., a corporation | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's Motion for Entry of Default by the Clerk (#16), filed on July 8, 2015.

Plaintiff requests that the Clerk's Office enter a Default Judgement against Defendant China North East Petroleum Holdings, Ltd. Plaintiff represents that Defendants were served by publication in accordance with Court Order #14, and that the time for Defendant to answer has expired. Plaintiff provides an Affidavit of Publication stating that Defendant was served through Nevada Legal News publications on May 27, 2015, June 3, 2015, June 10, 2015, June 17, 2015, and June 24, 2015. *See* Affidavit (#15). Plaintiff has complied with the requirements of Fed. R. Civ. P. 4(e) and Nevada R. Civ. P. 4(e)(1)(i). Defendant has not appeared or filed an answer to the complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default by the Clerk (#16) is **granted**. The Clerk of the Court is hereby ordered to enter Defendant's default.

**DATED** this 19th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge